IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EDWARD CHARLES WALKER                                                              PLAINTIFF

v.                              CIVIL NO. 4:16-cv-04096

CHIEF DEPUTY JOHN ERIC GLIDEWELL;
And JAIL SUPERVISOR JANA TALLANT,
Howard County Detention Center                                                    DEFENDANTS

## JUDGMENT

For the reasons stated in the Memorandum Opinion of even date, Defendants' Motion for Summary Judgment (ECF No. 19) is hereby **GRANTED,** and the above styled case is dismissed with prejudice.

**DATED this 17th day of June 2017.**

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE